103 F.3d 118
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Wilford Andrew MATHERLY, Jr., Plaintiff--Appellant,
v.
J.C. BASKFIELD, c/o; C.E. Dunmoodie, Cap tain; D.R.
Guillory, Warden; R. Angelone, Director; E. Murray; W.
Rogers, Regional Administrator; L. Jarvis, Assistant
Warden; L. KELLY, Assistant Warden; C. LEWIS, Major; V.
Washington, Treatment Supervisor; D. Anderson, Operations
Officer; B. Caraballa, Counselor; M. GROSS, Food Services
Supervisor; Monise Simons, Food Service Supervisor; Vernon
MAYS, Food Service Supervisor; CARL HUNT, Food Service
Supervisor; Leon REED, Food Service Supervisor; Nurse
Smith, Medical Personnel; Nurse Heller, Medical Personnel;
Nurse Jones, Medical Personnel; Nurse Webb; P. Marlowe,
Nurse; Nurse Derdivanis; Nurse Johnson; S. Hurley, Nurse;
D. Gately, Nurse; G. Login, Nurse, Defendants--Appellees.
 No. 96-7265.
 United States Court of Appeals, Fourth Circuit.
 Submitted Nov. 7, 1996.
Decided Nov. 20, 1996.
 
 Wilford Andrew Matherly, Jr., Appellant Pro Se.
 Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Sandra Morris Holleran, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia; Malcolm Pollard McConnell, III, Anisa Patrice Kelley, COTTER, FISCELLA & MCCONNELL, Glen Allen, Virginia, for Appellees.
 E.D.Va.
 AFFIRMED.
 Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Matherly v. Baskfield, No. CA-94-189-2 (E.D.Va. Aug. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED